**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | No. C 12-6566 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. / | |

This action is dismissed without leave to amend, and the lis pendens is expunged. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: April 25, 2013

SUSAN ILLSTON
United States District Judge