IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SINGH, | No. C 12-6566 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR AN AWARD OF ATTORNEYS' FEES** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

On May 7, 2013, defendant filed a motion for an award of attorneys' fees. Pursuant to Civil Local Rule 7-1(b), the matter is appropriate for resolution without oral argument. In support of the motion, defendant attached redacted documents without obtaining prior approval from the Court to file these documents under seal. *See* Fed. R. Civ. P. 26(c); Civil L. R. 79-5. It is the Court, not defendant Wells Fargo, which decides whether documents should be sealed from the public. Civil L. R. 79-5(a); *see also Foltz v. State Farm Mut. Auto. Ins.*, 331 F.3d 1122, 1135 (9th Cir. 2003). In this Court, documents may be filed under seal only upon the granting of an administrative motion to seal as set forth in Civil Local Rules 7-11 and 79-5. Defendant's motion does not comply with these rules. Therefore, the Court will not consider it. *See* Fed. R. Civ. P. 41(b); *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper ground for dismissal.").

Accordingly, the Court DENIES defendant's motion WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: May 10 , 2013

SUSAN ILLSTON
United States District Judge