JAMES SINGH
21 Pembroke Ct.
OAKLAND, CA 94619
(510) 530-5844
Plaintiff In Pro Se.



FILED
2013 MAY 24 P 1:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES SINGH,

    Plaintiff,

v.

WELLS FARGO BANK.

    Defendant.

No. C 12-6566 SI

NOTICE OF APPEAL

---

NOTICE OF APPEAL

1
2  Notice is hereby given that plaintiff JAMES SINGH, hereby appeals in the above-
3  named case to the United States Court of Appeals for the Ninth Circuit from the (1)
4  judgment (entered November 25, 2013), (2) the order dismissing this action without leave
5  to amend, and expunging the lis pendens.
6
7
8
9  Dated: April 23, 2013
10
11
12                                          _____
                                            James Singh
13                                          Plaintiff in pro se
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                          1

NOTICE OF APPEAL