FILED

JUN 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| JAMES SINGH, | No. 13-16077 |
|---|---|
| Plaintiff - Appellant, | D.C. No. 3:12-cv-06566-SI<br>Northern District of California,<br>San Francisco |
| v. | |
| WELLS FARGO BANK, N.A., individually; et al., | ORDER |
| Defendants - Appellees. | |

The court is in receipt of the Notice of Bankruptcy. This appeal is stayed pending the resolution of the bankruptcy petition pursuant to 11 U.S.C. § 362(a) as to Executive Trustee Service, LLC dba ETS Services, LLC only. On or before December 9, 2013, appellee Executive Trustee Services, LLC dba ETS Services, LLC shall file a status report with respect to the bankruptcy petition.

This appeal shall proceed as to the remaining parties.

                        For the Court:

                        MOLLY C. DWYER
                        Clerk of the Court:

                        Cathie A. Gottlieb
                        Deputy Clerk
                        Ninth Cir. R. 27-7/Advisory Note to Rule 27
                          and Ninth Circuit 27-10

06.03.13/cag/Pro Mo