1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9      NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  JAMES SINGH, | Case No.: 3:12-cv-06566-SI |
| 12            Plaintiff, | [The Honorable Susan Illston] |
| 13       v. | |
| 14  WELLS FARGO BANK, N.A., individually, ETS SERVICES LLC, individually, and THE 15  BANK OF NEW YORK MELLON AS TRUSTEE FOR WORLD SAVINGS REMIC 16  23, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 23, individually; and 17  DOES 1-250, inclusive, | **ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION FOR AWARD OF ATTORNEYS' FEES** |
| 18            Defendants. | Date:      July 12, 2013 |
| 19 | Time:     9:00 a.m. Ctrm:     10 (19th Floor) |
| 20 | |

21

22        The Court, having read and considered defendant Wells Fargo's request to appear

23   telephonically at the hearing on its motion for award of attorneys' fees, set for hearing on July

24   12, 2013 at 9:00 a.m., and good cause appearing, finds:

25        Defendant Wells Fargo's request to appear by telephone is GRANTED.

26   / / /

27   / / /

28   / / /

1    **ACCORDINGLY, IT IS ORDERED:**

2    1.    Counsel for Wells Fargo may appear by telephone at the hearing on its motion for

3          award of attorneys' fees;

4    2.    Wells Fargo's counsel, Michael Rapkine, will be contacted by the Court's Clerk

5          at 9:00 a.m. on the date of the hearing at telephone number (626) 535-1900

6          (counsel's line).

7

8

9

10   Dated:    6/11/13

                                          HON. SUSAN ILLSTON
11                                        U.S. DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANGLIN FLEWELLING RASMUSSEN CAMPBELL & TRYTTEN LLP

1

**CERTIFICATE OF SERVICE**

2

   I, the undersigned, declare that I am over the age of 18 and am not a party to this action.
I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling,

3    Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena,
California  91101-2459.

4

   On the date below, I served a copy of the foregoing document entitled:

5

**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION**

6    **TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION FOR
AWARD OF ATTORNEYS' FEES**

7

on the interested parties in said case as follows:

8

**Served Electronically Via the Court's CM/ECF System**

9

| *Attorneys For Plaintiff* | *Attorneys for Defendant* |
| --- | --- |

10

|  | *Executive Trustee Services, LLC* |
| --- | --- |
| Michael J. Yesk, Esq. | *dba ETS SERVICES, LLC* |

11

| Megan A. Dailey, Esq. |  |
| --- | --- |
| YESK LAW | Regina J. McClendon, Esq. |

12

| 70 Doray Drive, Suite 16 | LOCKE LORD LLP |
| --- | --- |
| Pleasant Hill, CA 94523 | 44 Montgomery Street, Suite 2400 |

13

| Tel: 510.909-9700 | San Francisco, CA 94104 |
| --- | --- |
| | Tel: 415.318.8804 | Fax: 415.707.2186 |

14

| Email: m.yesklaw@gmail.com | Email:  rmcclendon@lockelord.com |
| --- | --- |
| Email: saveyourhouse70@gmail.com | |

15

16

   I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar

17    of this Court, at whose direction the service was made.  This declaration is executed in Pasadena,
California on **June 4, 2013**.

18

19    _____              _____
          Barbara Cruz                                      */s/ Barbara Cruz*
        (Type or Print Name)                         (Signature of Declarant)

20

21

22

23

24

25

26

27

28

CASE NO.: 3:12-CV-06566-SI
CERTIFICATE OF SERVICE