UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., individually, ETS SERVICES LLC, individually, and THE BANK OF NEW YORK MELLON AS TRUSTEE FOR WORLD SAVINGS REMIC 23, MORTGAGE PASSTHROUGH CERTIFICATES SERIES 23, individually; and DOES 1-250, inclusive,<br><br>          Defendants. | Case No.: 3:12-cv-06566-SI<br><br>[The Honorable Susan Illston]<br><br>**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Date:     July 12, 2013<br>Time:    9:00 a.m.<br>Ctrm:    10 (19th Floor) |

The Court, having read and considered defendant Wells Fargo's request to appear telephonically at the hearing on its motion for award of attorneys' fees, set for hearing on July 12, 2013 at 9:00 a.m., and good cause appearing, finds:

Defendant Wells Fargo's request to appear by telephone is GRANTED.

/ / /

/ / /

/ / /

**ACCORDINGLY, IT IS ORDERED:**

1. Counsel for Wells Fargo may appear by telephone at the hearing on its motion for award of attorneys' fees;

2. Wells Fargo's counsel, Michael Rapkine, will be contacted by the Court's Clerk at 9:00 a.m. on the date of the hearing at telephone number (626) 535-1900 (counsel's line).

Dated: 6/11/13

HON. SUSAN ILLSTON
U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST FOR PERMISSION TO APPEAR TELEPHONICALLY AT THE HEARING ON ITS MOTION FOR AWARD OF ATTORNEYS' FEES**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys For Plaintiff* | *Attorneys for Defendant Executive Trustee Services, LLC dba ETS SERVICES, LLC* |
|---|---|
| Michael J. Yesk, Esq.<br>Megan A. Dailey, Esq.<br>YESK LAW<br>70 Doray Drive, Suite 16<br>Pleasant Hill, CA 94523<br>Tel: 510.909-9700<br>Email: m.yesklaw@gmail.com<br>Email: saveyourhouse70@gmail.com | Regina J. McClendon, Esq.<br>LOCKE LORD LLP<br>44 Montgomery Street, Suite 2400<br>San Francisco, CA 94104<br>Tel: 415.318.8804 | Fax: 415.707.2186<br>Email: rmcclendon@lockelord.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on **June 4, 2013**.

    Barbara Cruz                        */s/ Barbara Cruz*
(Type or Print Name)               (Signature of Declarant)