1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    JAMES SINGH,                                    No. C 12-06566 SI

12              Plaintiff,                            **ORDER DENYING WITHOUT
                                                      PREJUDICE MOTION FOR
13        v.                                          ATTORNEYS' FEES**

14    WELLS FARGO BANK, N.A., *et al.*,

15              Defendants.
      _____/
16

17           This action has been stayed pending resolution of plaintiff's appeal by the Ninth Circuit.

18    Accordingly, defendants' motion for attorneys fees (Docket No. 37) is DENIED WITHOUT

19    PREJUDICE to renewal after decision by the Ninth Circuit.

20

21           **IT IS SO ORDERED.**

22    Dated: January 17. 2014

23                                                   _____
                                                     SUSAN ILLSTON
24                                                   United States District Judge

25

26

27

28

**United States District Court**
For the Northern District of California